MUQTAIR SHABAZZ v. WILLIAM H. FAUVER.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL KRAKOWSKY.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH DEVITO.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT BAUERNFEIND.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. PAUL MATTHEWS.

June 19, 1984.

Petition for certification denied.